The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CODY CROFT,<br><br>Defendant. | NO. MJ22-418<br><br>**ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE** |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the defendant, CODY CROFT, has violated Title 18, United States Code, Sections 2251(a), (e) and 2252(a)(2), (b)(1)..

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court; and

//

//

2. Defendant shall be held in custody pending that appearance.

_____
BRIAN A. TSUCHIDA
UNITED STATES MAGISTRATE JUDGE

September 3rd, 2022 3:00 PM
Date, Time, and Location

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970