THE HONORABLE JOHN C. COUGHENOUR

1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

| UNITED STATES OF AMERICA, | CASE NO. CR22-0164-JCC |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CODY CROFT, | |
| Defendant. | |

10

11

12

13

14

15    This matter comes before the Court on Defendant's unopposed motion to continue trial

16   and the pretrial motions deadline (Dkt. No. 17). Having thoroughly considered the briefing, the

17   Court GRANTS Defendant's request to continue the trial for the reasons described herein.

18    Defendant was indicted for Production and Distribution of Child Pornography in

19   September 2022. (Dkt. No. 12.) Trial is currently set for December 5, 2022. (Dkt. No. 16.)

20   Defendant moves to continue the trial to September 25, 2023, citing the need for additional time

21   for defense counsel to review discovery and to discuss additional investigation, potential

22   motions, and defenses with his client. (Dkt. No. 17 at 2.)

23    The Court FINDS that, taking into account the exercise of due diligence, the failure to

24   grant a continuance would deny Defendant and his counsel the reasonable time necessary for

25   effective preparation, resulting in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i), (iv).

26   Based on these findings, the Court concludes that the ends of justice served by granting a

ORDER
CR22-0164-JCC
PAGE - 1

1  continuance outweigh the best interest of the public and of Defendant to a speedy trial. *Id.*

2  § 3161(h)(7)(A).

3      Accordingly, the Court GRANTS Defendant's request to continue (Dkt. No. 17) and

4  ORDERS as follows:

5      1.  The December 5, 2022 jury trial is CONTINUED until September 25, 2023.

6      2.  The pretrial motions deadline is EXTENDED to May 31, 2023.

7      3.  The period from the date of this order through the new trial date, September 25, 2023,

8          is excludable under 18 U.S.C. § 3161(h)(7)(A).

9      DATED this 7th day of November 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR22-0164-JCC
PAGE - 2