The Hon. John C. Coughenour

1

2

3

4

5

6

7        UNITED STATES DISTRICT COURT FOR THE
                WESTERN DISTRICT OF WASHINGTON
8                        AT SEATTLE

9

10    UNITED STATES OF AMERICA,              NO. CR22-164-JCC

11                      Plaintiff,           [PROPOSED]

12             v.                            **ORDER TO AMEND
                                             JUDGMENT**
13    CODY CROFT,

14                      Defendant.

15

16

17        THE COURT, having considered the stipulated motion of the parties requesting to

18    amend the Judgment entered on June 4, 2024, Dkt. No. 40, hereby finds entry of the

19    requested Amended Judgment and Restitution Order appropriate in this case.

20        IT IS ORDERED that the Amended Judgment shall be entered.

21        DATED this  17th   day of March, 2025.

22

23

24

25

26    THE HON. JOHN C. COUGHENOUR
      UNITED STATES DISTRICT JUDGE
27

Order to Amend Judgment - 1
*United States v. Croft, CR22-164-JCC*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3
Presented by:

4

5
*s/ Jehiel I. Baer*
JEHIEL I. BAER

6
Assistant United States Attorney
United States Attorney's Office

7
700 Stewart Street, Suite 5220
Seattle, WA 98101

8
Phone: (206) 553-2242
Fax: (206) 553-6934

9
Jehiel.Baer@usdoj.gov

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

Order to Amend Judgment - 2
*United States v. Croft, CR22-164-JCC*